September 18, 1970

Austin Manor, Inc. *v.* National Union Fire
Insurance Company of Pittsburgh,
Appellant.

Argued June 10, 1970. *Richard W.
Hopkins,* with him *James R. Redeker,* and *White &
Williams,* for appellant; *Michael J. Stack, Jr.,* with
him *O'Halloran, Stack & Smith,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.

Commonwealth ex rel. Ceasar, Appellant, *v.*
Ceasar.

Argued
June 12, 1970. *Irene H. Cotton,* for appellant; *James
D. Crawford,* Deputy District Attorney, for appellee.

Order affirmed.